# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  BENNIE LEE OLIVER, JR.<br><br>        Debtor(s)<br>Ronda J. Winnecour, Trustee<br>  Movant<br>    vs.<br>BENNIE LEE OLIVER, JR.<br><br><br>     Respondents | Case No. 14-24656CMB<br><br>Chapter 13<br><br>Related to:<br>Document No. __45__ |

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this __23rd__ day of __January__, 20__18__, it is hereby ORDERED, ADJUDGED, and DECREED that,

Ssa Chr
Attn: Payroll Manager
Philadelphia Region
Pob 8788
Philadelphia, PA 19101

is hereby ordered to immediately terminate the attachment of the wages of BENNIE LEE OLIVER, JR., social security number XXX-XX-8029. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of BENNIE LEE OLIVER, JR..

~~FURTHER ORDERED~~:

cc: Debtor(s)
    Debtor(s) Attorney
    Debtor(s) Employer

BY THE COURT:

_Carlota M. Böhm_ kmt
Carlota M. Böhm
UNITED STATES BANKRUPTCY JUDGE

FILED
1/23/18 4:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Bennie Lee Oliver, Jr.  
       Debtor

Case No. 14-24656-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: kthe     Page 1 of 1     Date Rcvd: Jan 23, 2018  
                        Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2018.  
db         +Bennie Lee Oliver, Jr.,   108 Bruton Drive,   Gibsonia, PA 15044-9524  
           +SSA Chr,   Attn: Payroll Manager,   Philadelphia Region,   P.O. Box 8788,    Philadelphia, PA 19101-8788

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2018                                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2018 at the address(es) listed below:
        James Warmbrodt   on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com  
        Joshua I. Goldman   on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com  
        Michael C. Eisen   on behalf of Debtor Bennie Lee Oliver, Jr. attorneyeisen@yahoo.com, aarin96@hotmail.com  
        Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov  
        Peter J. Ashcroft   on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com  
        Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com  
        S. James Wallace   on behalf of Creditor   Peoples Natural Gas Company, LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
                                                                                                                                                                           TOTAL: 7