**Form 408**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Bennie Lee Oliver Jr.**
    Debtor(s)

Bankruptcy Case No.: 14–24656–CMB

Chapter: 13
Docket No.: 49 – 47

### ORDER SETTING DATE CERTAIN
### FOR RESPONSE AND HEARING ON MOTION

   **AND NOW,** this The 26th of January, 2018, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above–captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 3/7/18.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **3/21/18 at 10:00 AM in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above–specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **3/7/18.**


                                       Carlota M. Bohm
                                       United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 14-24656-CMB
Bennie Lee Oliver, Jr.                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: kthe              Page 1 of 2              Date Rcvd: Jan 26, 2018
                              Form ID: 408            Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 28, 2018.
db          +Bennie Lee Oliver, Jr.,   108 Bruton Drive,   Gibsonia, PA 15044-9524
cr          +Peoples Natural Gas Company, LLC,   Attn: Dawn Lindner,   375 North Shore Drive, Suite 600,
             Pittsburgh, PA 15212-5866
13960196    +AES,   PO Box 61047,   Harrisburg, PA 17106-1047
13960197    +American Express,   PO Box 981535,   El Paso, TX 79998-1535
14010376     American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
13960199    ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court: Bank of America,   PO Box 982235,   El Paso, TX 79998)
13990323    +Bank of America, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
13960200    +Capital One,   PO Box 30285,   Salt Lake City, UT 84130-0285
13960201    +Citi Cards,   PO Box 6500,   Sioux Falls, SD 57117-6500
13960202    +Commonwealth of Pennsylvania,   Butler County District Attorney's Office,
             Butler County Government Center,   PO Box 1208,   Butler, PA 16003-1208
14019640     ECAST SETTLEMENT CORPORATION, ASSIGNEE,   OF CITIBANK, N.A.,   POB 29262,
             NEW YORK, NY 10087-9262
14321678     ECMC,   PO Box 16408,   St. Paul, MN 55116-0408
13960204    ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
             (address filed with court: Nationstar Mortgage,   350 Highland Drive,   Lewisville, TX 75067)
13960205    +PA Dept of Revenue,   c/o Accounts Recovery Bureau,   PO Box 6769,   Reading, PA 19610-0769
13975203    +PHEAA,   PO Box 8147,   Harrisburg, PA 17105-8147
13960206    ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Financial Services,   PO Box 8026,   Cedar Rapids, IA 52409)
13964847     Toyota Motor Credit Corporation (TMCC),   PO BOX 8026,   Cedar Rapids, Iowa 52408-8026
14643734     eCAST Settlement Corporation,   PO Box 29262,   New York NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13960203     E-mail/Text: mrdiscen@discover.com Jan 27 2018 02:09:22    Discover Bank,   PO Box 30943,
             Salt Lake City, UT 84130
13964556     E-mail/Text: mrdiscen@discover.com Jan 27 2018 02:09:22    Discover Bank,
             DB Servicing Corporation,   PO Box 3025,   New Albany, OH 43054-3025
14013208    +E-mail/Text: kburkley@bernsteinlaw.com Jan 27 2018 02:11:30    Duquesne Light Company,
             c/o Peter J. Ashcroft,   Bernstein-Burkley, P.C.,,   707 Grant St., Suite 2200, Gulf Tower,,
             Pittsburgh, PA 15219-1945
13982838    +E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 27 2018 02:10:51
             International Collection Services,   c o Jefferson Capital Systems LLC,   Po Box 7999,
             Saint Cloud Mn 56302-7999
13990541    +E-mail/Text: bncmail@w-legal.com Jan 27 2018 02:10:39    NATIONSTAR MORTGAGE, LLC,
             C/O Weinstein & Riley, P.S.,   2001 Western Avenue, Ste. 400,   Seattle, WA 98121-3132
14016654     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 27 2018 02:36:34
             Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
13979165     E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 27 2018 02:10:06
             Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
             Harrisburg PA 17128-0946
                                                                              TOTAL: 7


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Duquesne Light Company
cr           NATIONSTAR MORTGAGE LLC
cr           NATIONSTAR MORTGAGE LLC
cr*          ECMC,   P.O. BOX 16408,   ST. PAUL, MN  55116-0408
13960198    ##+Amy F. Doyle, Esq.,   Jaffe and Asher LLP,   11 E. Market Street, Ste 102,
             York, PA 17401-1263
                                                                     TOTALS: 3, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-2          User: kthe              Page 2 of 2              Date Rcvd: Jan 26, 2018
                              Form ID: 408            Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 26, 2018 at the address(es) listed below:
          James  Warmbrodt    on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          Michael C. Eisen    on behalf of Debtor Bennie Lee Oliver, Jr. attorneyeisen@yahoo.com,
           aarin96@hotmail.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                             TOTAL: 7
```