**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>BENNIE LEE OLIVER, JR.<br><br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　Chapter 13 Trustee,<br>　　　　Movant<br>　　　vs.<br>No Repondents. | Case No.:14-24656<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

January 25, 2018

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 11/25/2014 and confirmed on 1/14/15 . The case was subsequently     Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 70,598.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 70,598.00 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,500.00 | |
|    Trustee Fee | 2,842.05 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,342.05 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   NATIONSTAR MORTGAGE LLC(*) | 0.00 | 43,330.75 | 0.00 | 43,330.75 |
|     Acct: 1204 | | | | |
|   NATIONSTAR MORTGAGE LLC(*) | 54.89 | 54.89 | 0.00 | 54.89 |
|     Acct: 1204 | | | | |
|   TOYOTA MOTOR CREDIT CORP (TMCC) | 0.00 | 17,745.39 | 0.00 | 17,745.39 |
|     Acct: XXXXXXXX8910 | | | | |
|   TOYOTA MOTOR CREDIT CORP (TMCC) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXX8910 | | | | |
| | | | | 61,131.03 |
| **Priority** | | | | |
|   MICHAEL C EISEN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BENNIE LEE OLIVER, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   M EISEN & ASSOCIATES PC | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CLERK OF COURTS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX2013 | | | | |
|   PA DEPARTMENT OF REVENUE* | 606.17 | 606.17 | 0.00 | 606.17 |
|     Acct: 7417 | | | | |
| | | | | 606.17 |
| **Unsecured** | | | | |
|   DUQUESNE LIGHT COMPANY* | 133.77 | 4.07 | 0.00 | 4.07 |
|     Acct: 8029 | | | | |
|   ECMC(*) | 6,673.66 | 203.06 | 0.00 | 203.06 |
|     Acct: 8029 | | | | |
|   AMERICAN EXPRESS CENTURION BNK | 11,331.54 | 344.78 | 0.00 | 344.78 |
|     Acct: 1004 | | | | |
|   BANK OF AMERICA NA** | 15,732.62 | 478.69 | 0.00 | 478.69 |
|     Acct: 5470 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 9,736.85 | 296.26 | 0.00 | 296.26 |
|     Acct: 6653 | | | | |
|   ECAST SETTLEMENT CORP | 22,671.33 | 689.82 | 0.00 | 689.82 |

14-24656 Page 2 of 2

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 0277 | | | | |
| DISCOVER BANK(*) | 14,888.89 | 453.02 | 0.00 | 453.02 |
| Acct: 4758 | | | | |
| PA DEPARTMENT OF REVENUE* | 142.60 | 4.34 | 0.00 | 4.34 |
| Acct: 7417 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 656.21 | 19.97 | 0.00 | 19.97 |
| Acct: 5040 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 813.07 | 24.74 | 0.00 | 24.74 |
| Acct: 4464 | | | | |
| S JAMES WALLACE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 2,518.75 |

TOTAL PAID TO CREDITORS                                                                64,255.95

TOTAL
CLAIMED              606.17
PRIORITY              54.89
SECURED           82,780.54

Date: 01/25/2018

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>    BENNIE LEE OLIVER, JR.<br><br>              Debtor(s)<br><br>    Ronda J. Winnecour<br>              Movant<br>                vs.<br>    No Repondents. | Case No.:14-24656<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

   AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                            BY THE COURT:


                                                            _____
                                                            U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                  Case No. 14-24656-CMB
Bennie Lee Oliver, Jr.                                                                  Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: kthe              Page 1 of 2              Date Rcvd: Jan 26, 2018
                              Form ID: pdf900         Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2018.
```
db            +Bennie Lee Oliver, Jr.,   108 Bruton Drive,   Gibsonia, PA 15044-9524
cr            +Peoples Natural Gas Company, LLC,   Attn: Dawn Lindner,   375 North Shore Drive, Suite 600,
                Pittsburgh, PA 15212-5866
13960196     +AES,   PO Box 61047,   Harrisburg, PA 17106-1047
13960197     +American Express,   PO Box 981535,   El Paso, TX 79998-1535
14010376      American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
13960199     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
              (address filed with court: Bank of America,   PO Box 982235,   El Paso, TX 79998)
13990323     +Bank of America, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
13960200     +Capital One,   PO Box 30285,   Salt Lake City, UT 84130-0285
13960201     +Citi Cards,   PO Box 6500,   Sioux Falls, SD 57117-6500
13960202     +Commonwealth of Pennsylvania,   Butler County District Attorney's Office,
                Butler County Government Center,   PO Box 1208,   Butler, PA 16003-1208
14019640      ECAST SETTLEMENT CORPORATION, ASSIGNEE,   OF CITIBANK, N.A.,   POB 29262,
                NEW YORK, NY 10087-9262
14321678      ECMC,   PO Box 16408,   St. Paul, MN 55116-0408
13960204     ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage,   350 Highland Drive,   Lewisville, TX 75067)
13960205     +PA Dept of Revenue,   c/o Accounts Recovery Bureau,   PO Box 6769,   Reading, PA 19610-0769
13975203     +PHEAA,   PO Box 8147,   Harrisburg, PA 17105-8147
13960206     ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Financial Services,   PO Box 8026,   Cedar Rapids, IA 52409)
13964847      Toyota Motor Credit Corporation (TMCC),   PO BOX 8026,   Cedar Rapids, Iowa 52408-8026
14643734      eCAST Settlement Corporation,   PO Box 29262,   New York NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13960203      E-mail/Text: mrdiscen@discover.com Jan 27 2018 02:09:22     Discover Bank,   PO Box 30943,
                Salt Lake City, UT 84130
13964556      E-mail/Text: mrdiscen@discover.com Jan 27 2018 02:09:22     Discover Bank,
                DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
14013208     +E-mail/Text: kburkley@bernsteinlaw.com Jan 27 2018 02:11:26     Duquesne Light Company,
                c/o Peter J. Ashcroft,,   Bernstein-Burkley, P.C.,,   707 Grant St., Suite 2200, Gulf Tower,,
                Pittsburgh, PA 15219-1945
13982838     +E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 27 2018 02:10:44
                International Collection Services,   c o Jefferson Capital Systems LLC,   Po Box 7999,
                Saint Cloud Mn 56302-7999
13990541     +E-mail/Text: bncmail@w-legal.com Jan 27 2018 02:10:39     NATIONSTAR MORTGAGE, LLC,
                C/O Weinstein & Riley, P.S.,   2001 Western Avenue, Ste. 400,   Seattle, WA 98121-3132
14016654      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 27 2018 02:36:34
                Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
13979165      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 27 2018 02:09:57
                Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
                Harrisburg PA 17128-0946
                                                                                              TOTAL: 7
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              NATIONSTAR MORTGAGE LLC
cr              NATIONSTAR MORTGAGE LLC
cr*             ECMC,   P.O. BOX 16408,   ST. PAUL, MN 55116-0408
13960198     ##+Amy F. Doyle, Esq.,   Jaffe and Asher LLP,   11 E. Market Street, Ste 102,
                York, PA 17401-1263
                                                                                TOTALS: 3, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-2          User: kthe                  Page 2 of 2                   Date Rcvd: Jan 26, 2018
                              Form ID: pdf900             Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 25, 2018 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              Michael C. Eisen    on behalf of Debtor Bennie Lee Oliver, Jr. attorneyeisen@yahoo.com,
               aarin96@hotmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 7
```