Fill in this information to identify the case:

| | |
|---|---|
| Debtor 1 | **BENNIE LEE OLIVER, JR.** |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | **Western District of Pennsylvania** |
| | (State) |
| Case Number: | **14-24656CMB** |

## Form 4100N
# Notice of Final Cure Payment

10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

## Part 1:   Mortgage Information

**Name of creditor:**   NATIONSTAR MORTGAGE LLC(*)

**Court claim no.** (if known): 8

**Last 4 digits** of any number you use to identify the debtor's account   1  2  0  4

**Property Address:**   108 BRUTON DR
GIBSONIA PA 15044

## Part 2:   Cure Amount

| Total cure disbursments made by the trustee: | | Amount |
|---|---|---|
| a. Allowed prepetition arrearage: | (a) | $ 54.89 |
| b. Prepetition arrearage paid by the trustee: | (b) | $ 54.89 |
| c. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) | $ 0.00 |
| d. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) | $ 0.00 |
| e. Allowed postpetition arrearage: | (e) | $ 0.00 |
| f. Postpetition arrearage paid by the trustee: | + (f) | $ 0.00 |
| g. **Total.** Add lines b, d, and f. | (g) | $ 54.89 |

## Part 3:   Postpetition Mortgage Payment

*Check one*

☒ Mortgage is paid through the trustee.

Current monthly mortgage payment                                   $  $1,113.69

The next postpetition payment is due on   3 / 1 / 2018
                                                                              MM / DD / YYYY

☐ Mortgage is paid directly by the debtor(s).

Debtor 1    **BENNIE LEE OLIVER, JR.**                                        Case number *(if known)* **14-24656CMB**
Name

| Part 4: | A Response Is Required By Bankruptcy Rule 3002.1(g) |
|---|---|

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

✘ /s/ Ronda J. Winnecour                                    Date    02/09/2018
Signature

Trustee         Ronda J. Winnecour

Address         CHAPTER 13 TRUSTEE WD PA
                600 GRANT STREET
                SUITE 3250 US STEEL TWR
                PITTSBURGH, PA  15219

Contact phone   (412) 471-5566                    Email   cmecf@chapter13trusteewdpa.com

| Debtor 1 | **BENNIE LEE OLIVER, JR.** | Case number *(if known)* **14-24656CMB** |
|---|---|---|
| | Name | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORTGAGE ARR. (Part 2 (b))** | | | | |
| 01/27/2017 | 1028125 | NATIONSTAR MORTGAGE LLC* | AMOUNTS DISBURSED TO CREDITOR | 54.89 |
| | | | | 54.89 |
| | | | | |
| **MORTGAGE REGULAR PAYMENT (Part 3)** | | | | |
| 02/24/2015 | 0932768 | NATIONSTAR MORTGAGE LLC* | AMOUNTS DISBURSED TO CREDITOR | 2,215.00 |
| 03/26/2015 | 0936854 | NATIONSTAR MORTGAGE LLC* | AMOUNTS DISBURSED TO CREDITOR | 511.69 |
| 04/24/2015 | 0941035 | NATIONSTAR MORTGAGE LLC* | AMOUNTS DISBURSED TO CREDITOR | 2,131.83 |
| 05/26/2015 | 0945123 | NATIONSTAR MORTGAGE LLC* | AMOUNTS DISBURSED TO CREDITOR | 1,620.15 |
| 06/23/2015 | 0949080 | NATIONSTAR MORTGAGE LLC* | AMOUNTS DISBURSED TO CREDITOR | 1,027.09 |
| 07/28/2015 | 0953141 | NATIONSTAR MORTGAGE LLC* | AMOUNTS DISBURSED TO CREDITOR | 1,546.20 |
| 08/26/2015 | 0957171 | NATIONSTAR MORTGAGE LLC* | AMOUNTS DISBURSED TO CREDITOR | 923.99 |
| 09/28/2015 | 0961085 | NATIONSTAR MORTGAGE LLC* | AMOUNTS DISBURSED TO CREDITOR | 959.08 |
| 10/26/2015 | 0965051 | NATIONSTAR MORTGAGE LLC* | AMOUNTS DISBURSED TO CREDITOR | 980.39 |
| 11/24/2015 | 0969222 | NATIONSTAR MORTGAGE LLC* | AMOUNTS DISBURSED TO CREDITOR | 989.27 |
| 12/22/2015 | 0973236 | NATIONSTAR MORTGAGE LLC* | AMOUNTS DISBURSED TO CREDITOR | 994.00 |
| 01/26/2016 | 0977284 | NATIONSTAR MORTGAGE LLC* | AMOUNTS DISBURSED TO CREDITOR | 1,584.38 |
| 02/24/2016 | 0981213 | NATIONSTAR MORTGAGE LLC* | AMOUNTS DISBURSED TO CREDITOR | 1,105.89 |
| 03/28/2016 | 0985267 | NATIONSTAR MORTGAGE LLC* | AMOUNTS DISBURSED TO CREDITOR | 1,132.53 |
| 04/22/2016 | 0989456 | NATIONSTAR MORTGAGE LLC* | AMOUNTS DISBURSED TO CREDITOR | 1,148.91 |
| 05/24/2016 | 0993415 | NATIONSTAR MORTGAGE LLC* | AMOUNTS DISBURSED TO CREDITOR | 1,158.54 |
| 06/27/2016 | 1002175 | NATIONSTAR MORTGAGE LLC* | AMOUNTS DISBURSED TO CREDITOR | 1,169.59 |
| 07/26/2016 | 1006142 | NATIONSTAR MORTGAGE LLC* | AMOUNTS DISBURSED TO CREDITOR | 1,748.28 |
| 08/26/2016 | 1010143 | NATIONSTAR MORTGAGE LLC* | AMOUNTS DISBURSED TO CREDITOR | 1,167.15 |
| 09/27/2016 | 1014146 | NATIONSTAR MORTGAGE LLC* | AMOUNTS DISBURSED TO CREDITOR | 1,166.12 |
| 10/26/2016 | 1018031 | NATIONSTAR MORTGAGE LLC* | AMOUNTS DISBURSED TO CREDITOR | 1,160.63 |
| 11/21/2016 | 1021328 | NATIONSTAR MORTGAGE LLC* | AMOUNTS DISBURSED TO CREDITOR | 1,154.29 |
| 12/21/2016 | 1024649 | NATIONSTAR MORTGAGE LLC* | AMOUNTS DISBURSED TO CREDITOR | 1,155.53 |
| 01/27/2017 | 1028125 | NATIONSTAR MORTGAGE LLC* | AMOUNTS DISBURSED TO CREDITOR | 1,168.17 |
| 02/24/2017 | 1031534 | NATIONSTAR MORTGAGE LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 1,109.62 |
| 03/28/2017 | 1034970 | NATIONSTAR MORTGAGE LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 1,113.69 |
| 04/21/2017 | 1038254 | NATIONSTAR MORTGAGE LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 1,113.69 |
| 05/25/2017 | 1041536 | NATIONSTAR MORTGAGE LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 1,113.69 |
| 06/27/2017 | 1044918 | NATIONSTAR MORTGAGE LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 1,113.69 |
| 07/25/2017 | 1048235 | NATIONSTAR MORTGAGE LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 1,113.69 |
| 08/25/2017 | 1051585 | NATIONSTAR MORTGAGE LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 1,113.69 |
| 09/26/2017 | 1054910 | NATIONSTAR MORTGAGE LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 1,113.69 |
| 10/25/2017 | 1058269 | NATIONSTAR MORTGAGE LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 1,113.69 |
| 11/21/2017 | 1061519 | NATIONSTAR MORTGAGE LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 1,165.53 |
| 12/21/2017 | 1064824 | NATIONSTAR MORTGAGE LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 1,113.69 |
| 01/25/2018 | 1068248 | NATIONSTAR MORTGAGE LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 1,113.69 |
| | | | | 43,330.75 |

## CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of Notice of Final Cure Payment upon the following, by regular United States mail, postage prepaid, addressed as follows:

BENNIE LEE OLIVER, JR.
108 BRUTON DRIVE
GIBSONIA, PA  15044

MICHAEL C EISEN ESQ
M EISEN & ASSOCIATES PC
6200 BABCOCK BLVD
PITTSBURGH, PA  15237

NATIONSTAR MORTGAGE LLC(*)
PO BOX 619094
DALLAS, TX  75261-9741

WEINSTEIN & RILEY PS
2001 WESTERN AVE STE 400
SEATTLE, WA  98121

JAMES C WARMBRODT ESQ
KML LAW GROUP PC
701 MARKET ST STE 5000
PHILADELPHIA, PA  19106

2/9/18                                    /s/ Renee Ward
                                          _____
                                          Administrative Assistant
                                          Office of the Chapter 13 Trustee