Debtor 1 __Bennie Lee Oliver, Jr.__

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the : __WESTERN__ District of __Pennsylvania__
(State)

Case number __14-24656-CMB__

# Form 4100R
## Response to Notice of Final Cure    10/15

___

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1:  Mortgage Information

**Name of creditor:** NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER        **Court claim no.** (if known): 8

**Last 4 digits** of any number you use to identify the debtor's account: 1204

**Property address:**   108 BRUTON DRIVE
                        Number       Street

_____

GIBSONIA , PA 15044
City           State    ZIP Code

### Part 2:  Prepetition Default Payments

*Check one:*

[X]  Creditor agrees that the debtor(s) have paid in full amount required to cure the prepetition default on the creditor's claim

[ ]  Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $_____

### Part 3:  Postpetition Mortgage

*Check one:*

[X]  Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:    3/1/2018
                                                               MM/DD/YYYY

[ ]  Creditor states that the debtors are not current on all postpetition payments consistent with § 1322 (b)(5) of the Bankruptcy Code, including all fees charges expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                                  (a) $_____
b. Total fees, charges, expenses, escrow and costs outstanding:           + (b) $_____
c. Total. Add lines a and b.                                                 (c) $_____

Creditor asserts that the debtor(s) are contractually
obligated for the postpetition payment(s) that first became
due on:
                                            MM/ DD/ YYYY

| Debtor 1 | Bennie Lee Oliver, Jr. | | | Case number (if known) | 14-24656-CMB |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

[X]  all payments received;
[X]  all fees, costs, escrow, and expenses assessed to the mortgage; and
[X]  all amounts the creditor contends remain unpaid

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim**

*Check the appropriate box:*

[ ] I am the creditor.
[X] I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X   /s/ Madison Wilson              Date March 2, 2018
    Signature

Print   /s/ Madison Wilson              Title Authorized Agent
    First Name    Middle Name    Last Name

Company   RAS Crane, LLC

If different from the notice address listed on the proof of claim to which this response applies:

Address   10700 Abbott's Bridge Road, Suite 170
    Number    Street

    Duluth, GA 30097
    City    State    ZIP Code

Contact   470-321-7112                    Email mwilson@rasflaw.com

Additional Statement in Support of Response to Notice of Final Cure:

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 2, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Michael C. Eisen
M. Eisen and Associates PC
6200 Babcock Boulevard
Pittsburgh, PA 15237

Bennie Lee Oliver, Jr.
108 Bruton Drive
Gibsonia, PA 15044

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

RAS CRANE, LLC
Authorized Agent for Secured Creditor
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Telephone: 470-321-7112
Facsimile: 404-393-1425

By: /s/ Madison Wilson
Madison Wilson, Esq.,
Email: mwilson@rasflaw.com