**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| BENNIE LEE OLIVER, JR. | Case No.:14-24656 CMB |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 11/25/2014 and confirmed on 01/14/2015. The case was subsequently (K)COMPLETED FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 71,452.00 |
| Less Refunds to Debtor | 854.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 70,598.00 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,500.00 | |
|    Trustee Fee | 2,842.05 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,342.05 |

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   NATIONSTAR MORTGAGE LLC(*) | 0.00 | 43,330.75 | 0.00 | 43,330.75 |
|     Acct: 1204 | | | | |
|   NATIONSTAR MORTGAGE LLC(*) | 54.89 | 54.89 | 0.00 | 54.89 |
|     Acct: 1204 | | | | |
|   TOYOTA MOTOR CREDIT CORP (TMCC) | 0.00 | 17,745.39 | 0.00 | 17,745.39 |
|     Acct: XXXXXXXX8910 | | | | |
|   TOYOTA MOTOR CREDIT CORP (TMCC) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXX8910 | | | | |
| | | | | 61,131.03 |
| **Priority** | | | | |
|   MICHAEL C EISEN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BENNIE LEE OLIVER, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BENNIE LEE OLIVER, JR. | 854.00 | 854.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   M EISEN & ASSOCIATES PC | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 14-24656 CMB | TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
| CLERK OF COURTS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX2013 | | | | |
| PA DEPARTMENT OF REVENUE* | 606.17 | 606.17 | 0.00 | 606.17 |
| Acct: 7417 | | | | |
| | | | | 606.17 |
| **Unsecured** | | | | |
| DUQUESNE LIGHT COMPANY* | 133.77 | 4.07 | 0.00 | 4.07 |
| Acct: 8029 | | | | |
| ECMC(*) | 6,673.66 | 203.06 | 0.00 | 203.06 |
| Acct: 8029 | | | | |
| AMERICAN EXPRESS CENTURION BNK | 11,331.54 | 344.78 | 0.00 | 344.78 |
| Acct: 1004 | | | | |
| BANK OF AMERICA NA** | 15,732.62 | 478.69 | 0.00 | 478.69 |
| Acct: 5470 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 9,736.85 | 296.26 | 0.00 | 296.26 |
| Acct: 6653 | | | | |
| ECAST SETTLEMENT CORP | 22,671.33 | 689.82 | 0.00 | 689.82 |
| Acct: 0277 | | | | |
| DISCOVER BANK(*) | 14,888.89 | 453.02 | 0.00 | 453.02 |
| Acct: 4758 | | | | |
| PA DEPARTMENT OF REVENUE* | 142.60 | 4.34 | 0.00 | 4.34 |
| Acct: 7417 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 656.21 | 19.97 | 0.00 | 19.97 |
| Acct: 5040 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 813.07 | 24.74 | 0.00 | 24.74 |
| Acct: 4464 | | | | |
| S JAMES WALLACE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 2,518.75 |
| TOTAL PAID TO CREDITORS | | | | 64,255.95 |

TOTAL CLAIMED
PRIORITY                  606.17
SECURED                    54.89
UNSECURED              82.780.54

Date: 03/16/2018

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com